SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 25 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STEPHANIA COLEMAN                                              PLAINTIFF

V.                                             CIVIL ACTION NO. 3:21-cv-00168-DPJ-FKB

JESSICA MCKENZIE-KELLY
STEVE WIMBERLEY
PATRICK DENDY,
OFFICE OF THE STATE AUDITOR                              DEFENDANTS

## MOTION TO COMPEL COUNSEL FOR DEFENDANTS TO SEND/MAIL COPIES OF ACTIONS TAKEN BY COUNSEL ON THIS CASE TO PLAINTIFF

       Plaintiff requests that this honorable Court compel Defendants' attorney send/mail copies of all actions taken to Plaintiff and not just state to honorable Court that documents have been sent/mailed.

       Copies of actions taken on behalf of Defendants are not being mailed to Plaintiff. Plaintiff has requested that Defendants' attorney, Bethany B. Johnson, email confirmation of receipt of documents/information/messages received by Ms. Johnson from Plaintiff, and Plaintiff will email confirmation of receipt of documents/information/messages received from Ms. Johnson.

       Plaintiff finds out about actions taken/requested by Defendants' attorney when copies of decisions made by the honorable Court have been made. Copies of the actions taken by Defendants' attorney, Ms. Johnson, are paid for at the honorable Court's request or made without payment.

WHEREFORE PREMISES CONSIDERED, Plaintiff requests that this Motion to Compel be received and filed in this Court; that all relief requested by this Plaintiff be granted. Plaintiff requests any relief that this Court deems just and proper.

RESPECTFULLY SUBMITTED, this the 25th day of May, 2021.

*Stephania Coleman*
Stephania Coleman, Pro Se

## CERTIFICATE OF SERVICE

I, Stephania Coleman, Plaintiff, Pro Se, hereby certify that I have hand delivered and filed the foregoing document with the Clerk of the Court and have mailed a copy of the foregoing document to Bethany B. Johnson, Special Assistant Attorney General of the State of Mississippi, Counsel for Defendants to:

>Bethany B. Johnson
>Special Assistant Attorney General
>Lynn Fitch, Attorney General
>State of Mississippi
>P. O. Box 220
>Jackson, MS. 39205-0220

>THIS the 25th day of May, 2021.

>*Stephania Coleman*
>Stephania Coleman, Pro Se