IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STEPHANIA COLEMAN                                                                PLAINTIFF

V.                                                    CIVIL ACTION NO. 3:21-cv-168-DPJ-FKB

OFFICE OF THE STATE AUDITOR                                                      DEFENDANT

## MOTION TO EXTEND MOTIONS DEADLINE

Comes now, Defendant Office of the State Auditor, by and through counsel and requests that the Scheduling Order in effect in this case be amended to extend the existing dispositive and *Daubert-* type motions deadline by fourteen (14) days, as follows:

1. Pursuant to Order dated February 4, 2022 [Doc. 45], the current deadline for filing dispositive motions and *Daubert-*type motions is August 3, 2022.

2. Due to a heavy caseload, as well as an ongoing discovery dispute to be heard on July 28, 2022 [text order dated July 25, 2022], Defendant by and through undersigned counsel requests that the motions deadline be extended by two (2) weeks, until August 17, 2022.

3. Plaintiff does not consent to this extension as she considers it a "waste of state resources."

4. This motion is not for purposes of delay and will not prejudice the Plaintiff. Further, this brief extension does not affect other deadlines, including a trial setting during the January 17, 2023 term.

**RESPECTFULLY SUBMITTED**, this the 26th day of July, 2022.

        **OFFICE OF THE STATE AUDITOR,** *Defendant*

        **LYNN FITCH, ATTORNEY GENERAL STATE OF MISSISSIPPI**

        */s/ Bethany Brantley Johnson*
        Special Assistant Attorney General
        Mississippi Bar No. 10423
        P.O. Box 220
        Jackson, Mississippi 39205-0220
        Telephone: (601) 359-4245
        E-mail: Bethany.johnson@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to Plaintiff Coleman.

This, the 26th day of July, 2022.

*/s/ Bethany Brantley Johnson*
Bethany Brantley Johnson
