UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STEPHANIA COLEMAN                                                                PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:21-CV-168-DPJ-FKB

OFFICE OF THE STATE AUDITOR                                                     DEFENDANT

JUDGMENT

As stated in the Order entered this date, Defendant Office of the State Auditor's Motion for Summary Judgment is granted, and the case is dismissed in its entirety.

**SO ORDERED AND ADJUDGED** this the 23rd day of November, 2022.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE